THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LARRY FELDER *et al.*, Defendants-Appellants.

(No. 58779;

First District (1st Division)—September 3, 1974.

*Modified opinion upon denial of rehearing September 27, 1974.*

Paul Bradley and Kenneth L. Jones, both of State Appellate Defender's Office, of Chicago, for appellants.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Roger L. Horwitz, Assistant State's Attorney, of counsel), for the People.